Certificate Number: 12433-PAE-DE-031733777

Bankruptcy Case Number: 18-15806



12433-PAE-DE-031733777

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 8, 2018</u>, at <u>10:15</u> o'clock <u>PM EDT</u>, <u>George D. McConnell</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>October 9, 2018</u>  By:  <u>/s/Lisa Susoev</u>

Name:  <u>Lisa Susoev</u>

Title:  <u>Teacher</u>