# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
| **George D. McConnell**, | : |
| aka George Douglas McConnell, | : Bankruptcy No. 18-bk-15806-ref |
| aka George McConnell, | : |
| Debtor | : |

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance on behalf of the Debtor **George D. McConnell** in the above-captioned matter.

/s/ Vincent Rubino
Vincent Rubino, Esq.
Attorney ID #49628
**Newman Williams Mishkin**
**Corvelyn Wolfe & Fareri, P.C.**
712 Monroe Street
Stroudsburg, PA  18360
570-460-9561