**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  GEORGE D. MCCONNELL, aka | : | Chapter 13 |
| George Douglas McConnell, aka | : | Case No. **18-15806-elf** |
| George McConnell, | : | Application for |
| Debtor | : | Compensation & Expenses |
| | : | **Hearing Date: July 23, 2019, 11:00 a.m.** |
| | : | Courtroom No. 1 |
| | : | The Madison Bldg, 3rd Floor |
| | : | 400 Washington Street |
| | : | Reading, PA, 19601 |

ORDER GRANTING

APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF ATTORNEYS FOR DEBTOR(S)

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor(s), and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor(s) is GRANTED. It is further **ORDERED** that Compensation and Reimbursement requested by the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor(s) hereby APPROVED, and Compensation of **$4,000** for pre-confirmation services is hereby awarded to Attorneys for Debtor(s), **$3,500** of which is awarded as an administrative claim. It is further **ORDERED** that the Trustee be and is hereby authorized to distribute **$3,500** to FISHER CHRISTMAN to the extent provided for in the confirmed plan.

Date: 7/23/19

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE