United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15806-elf
George D. McConnell                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: TashaD         Page 1 of 1          Date Rcvd: Jul 23, 2019
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.
db             +George D. McConnell,    60 N 3rd Street,    Bangor, PA 18013-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:
      J. ZAC CHRISTMAN    on behalf of Debtor George D. McConnell zac@fisherchristman.com, office@fisherchristman.com
      KEVIN G. MCDONALD    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                          TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: GEORGE D. MCCONNELL, aka | : | Chapter 13 |
| George Douglas McConnell, aka | : | Case No. **18-15806-elf** |
| George McConnell, | : | Application for |
| Debtor | : | Compensation & Expenses |
| | : | **Hearing Date: July 23, 2019, 11:00 a.m.** |
| | : | Courtroom No. 1 |
| | : | The Madison Bldg, 3rd Floor |
| | : | 400 Washington Street |
| | : | Reading, PA, 19601 |

**ORDER GRANTING
<u>APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF ATTORNEYS FOR DEBTOR(S)</u>**

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor(s), and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor(s) is GRANTED. It is further **ORDERED** that Compensation and Reimbursement requested by the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor(s) hereby APPROVED, and Compensation of **$4,000** for pre-confirmation services is hereby awarded to Attorneys for Debtor(s), **$3,500** of which is awarded as an administrative claim. It is further **ORDERED** that the Trustee be and is hereby authorized to distribute **$3,500** to FISHER CHRISTMAN to the extent provided for in the confirmed plan.

Date: 7/23/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**