| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-15806-PMM

GEORGE D MC CONNELL  
60 N 3RD STREET  
BANGOR  PA   18013

Petition Filed Date: 08/31/2018  
341 Hearing Date: 10/09/2018  
Confirmation Date: 04/18/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $197.50 | 16940 | 01/08/2019 | $197.50 | 16952 | 01/15/2019 | $197.50 | 16964 |
| 01/23/2019 | $197.50 | 16975 | 02/01/2019 | $197.50 | 16987 | 02/05/2019 | $197.50 | 16999 |
| 02/13/2019 | $197.50 | 17009 | 02/20/2019 | $197.50 | 17019 | 03/04/2019 | $197.50 | 17031 |
| 03/06/2019 | $197.50 | 17043 | 03/18/2019 | $197.50 | 17056 | 03/19/2019 | $197.50 | 17069 |
| 03/26/2019 | $197.50 | 17083 | 04/02/2019 | $197.50 | 17100 | 04/09/2019 | $197.50 | 17117 |
| 04/16/2019 | $197.50 | 17137 | 04/23/2019 | $197.50 | 17153 | 04/30/2019 | $197.50 | 17170 |
| 05/14/2019 | $197.50 | 17201 | 05/14/2019 | $197.50 | 17186 | 05/21/2019 | $197.50 | 17215 |
| 05/29/2019 | $197.50 | 17229 | 06/05/2019 | $197.50 | 17245 | 06/11/2019 | $197.50 | 17261 |
| 06/20/2019 | $197.50 | DIAMOND 172 | 06/25/2019 | $197.50 | 17292 | 07/08/2019 | $197.50 | 17309 |
| 07/09/2019 | $197.50 | 17327 | 07/16/2019 | $197.50 | 17343 | 07/23/2019 | $197.50 | 17359 |
| 07/30/2019 | $197.50 | 17376 | 08/07/2019 | $197.50 | 17393 | 08/13/2019 | $197.50 | 17409 |
| 08/20/2019 | $197.50 | 17426 | 08/27/2019 | $197.50 | 17443 | 09/04/2019 | $197.50 | 17460 |
| 09/10/2019 | $197.50 | 17477 | 09/24/2019 | $197.50 | 17510 | 09/24/2019 | $197.50 | 17494 |
| 10/08/2019 | $197.50 | 17543 | 10/09/2019 | $197.50 | 17527 | 10/16/2019 | $197.50 | 17560 |
| 10/23/2019 | $197.50 | 17575 | 10/29/2019 | $197.50 | 17592 | 11/05/2019 | $197.50 | 17608 |
| 11/13/2019 | $197.50 | 17625 | 11/20/2019 | $197.50 | 17641 | 11/26/2019 | $197.50 | 17657 |
| 12/03/2019 | $197.50 | 17674 | 12/10/2019 | $197.50 | 17691 | 12/17/2019 | $197.50 | 17708 |
| 12/26/2019 | $197.50 | 17723 | 01/03/2020 | $197.50 | 17738 | 01/07/2020 | $197.50 | 17755 |
| 01/14/2020 | $197.50 | 17771 | 01/23/2020 | $197.50 | 17787 | 01/29/2020 | $197.50 | 17802 |
| 02/04/2020 | $197.50 | 17817 | 02/11/2020 | $197.50 | 17830 | 02/19/2020 | $197.50 | 17845 |
| 02/25/2020 | $197.50 | 17859 | 03/03/2020 | $197.50 | 17873 | 03/10/2020 | $197.50 | 17887 |
| 03/17/2020 | $197.50 | 17901 | 03/24/2020 | $197.50 | 17917 | 03/31/2020 | $197.50 | 17933 |
| 04/08/2020 | $197.50 | 17948 | 04/14/2020 | $197.50 | 17963 | 04/21/2020 | $197.50 | 17977 |
| 04/28/2020 | $197.50 | 17992 | 05/06/2020 | $197.50 | 18006 | 05/14/2020 | $197.50 | 18020 |
| 05/27/2020 | $197.50 | 18048 | 05/27/2020 | $197.50 | 18034 | 06/03/2020 | $197.50 | 18061 |
| 06/11/2020 | $197.50 | 18075 | 06/16/2020 | $197.50 | 18089 | 06/23/2020 | $197.50 | 18104 |
| 06/30/2020 | $197.50 | 18117 | 07/09/2020 | $197.50 | 18131 | 07/15/2020 | $197.50 | 18146 |
| 07/22/2020 | $197.50 | 18161 | 07/28/2020 | $197.50 | 18174 | 08/04/2020 | $197.50 | 18188 |
| 08/11/2020 | $197.50 | 18201 | | | | | | |

**Total Receipts for the Period: $16,787.50   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,552.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 011 | Unsecured Creditors | $404.77 | $20.36 | $384.41 |

**Chapter 13 Case No. 18-15806-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 015 | Unsecured Creditors | $319.82 | $16.09 | $303.73 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $7,459.63 | $375.23 | $7,084.40 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $977.14 | $49.15 | $927.99 |
| 2 | ALLY FINANCIAL<br>»» 002 | Secured Creditors | $2,001.57 | $2,001.57 | $0.00 |
| 5 | BECKET & LEE, LLP<br>»» 005 | Unsecured Creditors | $856.70 | $43.10 | $813.60 |
| 21 | CITIBANK NA<br>»» 021 | Unsecured Creditors | $4,205.63 | $211.55 | $3,994.08 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»» 012 | Unsecured Creditors | $606.94 | $18.03 | $588.91 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»» 013 | Unsecured Creditors | $637.38 | $18.93 | $618.45 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 014 | Unsecured Creditors | $824.83 | $41.49 | $783.34 |
| 25 | COUNTY OF NORTHAMPTON<br>»» 025 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | DEPARTMENT STORE NATIONAL BANK<br>»» 022 | Unsecured Creditors | $562.63 | $16.70 | $545.93 |
| 6 | JH PORTFOLIO DEBT EQUITIES LLC<br>»» 006 | Unsecured Creditors | $2,185.50 | $109.93 | $2,075.57 |
| 23 | KEYSTONE COLLECTIONS GROUP<br>»» 023 | Priority Crediors | $671.70 | $671.70 | $0.00 |
| 24 | KEYSTONE COLLECTIONS GROUP<br>»» 024 | Priority Crediors | $523.30 | $523.30 | $0.00 |
| 10 | M&T BANK<br>»» 010 | Mortgage Arrears | $5,926.12 | $5,926.12 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $2,533.30 | $127.43 | $2,405.87 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01p | Priority Crediors | $2,770.57 | $2,770.57 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $266.10 | $0.00 | $266.10 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $3,890.53 | $195.70 | $3,694.83 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $2,000.91 | $100.66 | $1,900.25 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $1,766.84 | $88.88 | $1,677.96 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $657.98 | $19.54 | $638.44 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $443.54 | $22.31 | $421.23 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $568.37 | $16.87 | $551.50 |
| 7 | WELLS FARGO<br>»» 007 | Unsecured Creditors | $3,330.63 | $167.54 | $3,163.09 |
| 26 | J ZAC CHRISTMAN ESQ<br>»» 026 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

**Chapter 13 Case No. 18-15806-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,552.50 | Current Monthly Payment: | $790.00 |
| Paid to Claims: | $17,052.75 | Arrearages: | ($1,382.50) |
| Paid to Trustee: | $1,712.85 | Total Plan Base: | $47,400.00 |
| Funds on Hand: | $786.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.