| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-15806-PMM**

GEORGE D MC CONNELL  
60 N 3RD STREET  
BANGOR  PA     18013

Petition Filed Date: 08/31/2018  
341 Hearing Date: 10/09/2018  
Confirmation Date: 04/18/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $197.50 | 17738 | 01/07/2020 | $197.50 | 17755 | 01/14/2020 | $197.50 | 17771 |
| 01/23/2020 | $197.50 | 17787 | 01/29/2020 | $197.50 | 17802 | 02/04/2020 | $197.50 | 17817 |
| 02/11/2020 | $197.50 | 17830 | 02/19/2020 | $197.50 | 17845 | 02/25/2020 | $197.50 | 17859 |
| 03/03/2020 | $197.50 | 17873 | 03/10/2020 | $197.50 | 17887 | 03/17/2020 | $197.50 | 17901 |
| 03/24/2020 | $197.50 | 17917 | 03/31/2020 | $197.50 | 17933 | 04/08/2020 | $197.50 | 17948 |
| 04/14/2020 | $197.50 | 17963 | 04/21/2020 | $197.50 | 17977 | 04/28/2020 | $197.50 | 17992 |
| 05/06/2020 | $197.50 | 18006 | 05/14/2020 | $197.50 | 18020 | 05/27/2020 | $197.50 | 18048 |
| 05/27/2020 | $197.50 | 18034 | 06/03/2020 | $197.50 | 18061 | 06/11/2020 | $197.50 | 18075 |
| 06/16/2020 | $197.50 | 18089 | 06/23/2020 | $197.50 | 18104 | 06/30/2020 | $197.50 | 18117 |
| 07/09/2020 | $197.50 | 18131 | 07/15/2020 | $197.50 | 18146 | 07/22/2020 | $197.50 | 18161 |
| 07/28/2020 | $197.50 | 18174 | 08/04/2020 | $197.50 | 18188 | 08/11/2020 | $197.50 | 18201 |
| 08/18/2020 | $197.50 | 18214 | 09/01/2020 | $197.50 | 18241 | 09/09/2020 | $197.50 | 19255 |
| 09/16/2020 | $197.50 | 18269 | 09/22/2020 | $197.50 | 18283 | 09/23/2020 | $197.50 | 18227 |
| 09/29/2020 | $197.50 | 18297 | 10/14/2020 | $197.50 | 18325 | 10/14/2020 | $197.50 | 18311 |
| 10/21/2020 | $197.50 | 18339 | 10/27/2020 | $197.50 | 18352 | 11/03/2020 | $197.50 | 18366 |
| 11/10/2020 | $197.50 | 18380 | 11/18/2020 | $197.50 | 18396 | 11/25/2020 | $197.50 | 18412 |
| 12/04/2020 | $197.50 | 18427 | 12/08/2020 | $197.50 | 18441 | 12/16/2020 | $197.50 | 18453 |
| 01/04/2021 | $197.50 | 18470 | 01/08/2021 | $197.50 | 18484 | 01/20/2021 | $197.50 | 18498 |
| 01/20/2021 | $197.50 | 18513 | 01/21/2021 | $197.50 | 18527 | 01/27/2021 | $197.50 | 18542 |
| 02/05/2021 | $197.50 | 18557 | 02/10/2021 | $197.50 | 18571 | 02/23/2021 | $197.50 | 18585 |
| 03/04/2021 | $197.50 | 18598 | 03/08/2021 | $197.50 | 18612 | 03/10/2021 | $197.50 | 18625 |
| 03/16/2021 | $197.50 | 18638 | 03/29/2021 | $197.50 | 18652 | 04/05/2021 | $197.50 | 18664 |
| 04/13/2021 | $197.50 | 18679 | 04/13/2021 | $197.50 | 18693 | 04/22/2021 | $197.50 | 18707 |
| 04/27/2021 | $197.50 | 18721 | 05/11/2021 | $197.50 | 18737 | 05/11/2021 | $197.50 | 18753 |
| 05/19/2021 | $197.50 | 18767 | 06/01/2021 | $197.50 | 18780 | 06/04/2021 | $197.50 | 18792 |

**Total Receipts for the Period: $14,812.50   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $27,847.50**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  011 | Unsecured Creditors | $404.77 | $114.21 | $290.56 |
| 15 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  015 | Unsecured Creditors | $319.82 | $90.24 | $229.58 |
| 3 | AMERICAN INFOSOURCE LP<br>»»  003 | Unsecured Creditors | $7,459.63 | $2,104.80 | $5,354.83 |

**Chapter 13 Case No. 18-15806-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $977.14 | $275.70 | $701.44 |
| 2 | ALLY FINANCIAL<br>»» 002 | Secured Creditors | $2,001.57 | $2,001.57 | $0.00 |
| 5 | BECKET & LEE, LLP<br>»» 005 | Unsecured Creditors | $856.70 | $241.73 | $614.97 |
| 21 | CITIBANK NA<br>»» 021 | Unsecured Creditors | $4,205.63 | $1,186.66 | $3,018.97 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»» 012 | Unsecured Creditors | $606.94 | $158.67 | $448.27 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»» 013 | Unsecured Creditors | $637.38 | $166.60 | $470.78 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 014 | Unsecured Creditors | $824.83 | $232.74 | $592.09 |
| 25 | COUNTY OF NORTHAMPTON<br>»» 025 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | DEPARTMENT STORE NATIONAL BANK<br>»» 022 | Unsecured Creditors | $562.63 | $147.06 | $415.57 |
| 6 | JH PORTFOLIO DEBT EQUITIES LLC<br>»» 006 | Unsecured Creditors | $2,185.50 | $616.65 | $1,568.85 |
| 23 | KEYSTONE COLLECTIONS GROUP<br>»» 023 | Priority Crediors | $671.70 | $671.70 | $0.00 |
| 24 | KEYSTONE COLLECTIONS GROUP<br>»» 024 | Priority Crediors | $523.30 | $523.30 | $0.00 |
| 10 | M&T BANK<br>»» 010 | Mortgage Arrears | $5,926.12 | $5,926.12 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $2,533.30 | $714.78 | $1,818.52 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01p | Priority Crediors | $2,770.57 | $2,770.57 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $266.10 | $75.08 | $191.02 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $3,890.53 | $1,097.76 | $2,792.77 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $2,000.91 | $564.59 | $1,436.32 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $1,766.84 | $498.54 | $1,268.30 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $657.98 | $171.99 | $485.99 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $443.54 | $125.17 | $318.37 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $568.37 | $148.54 | $419.83 |
| 7 | WELLS FARGO<br>»» 007 | Unsecured Creditors | $3,330.63 | $939.76 | $2,390.87 |
| 26 | J ZAC CHRISTMAN ESQ<br>»» 026 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

**Chapter 13 Case No. 18-15806-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,847.50 | Current Monthly Payment: | $790.00 |
| Paid to Claims: | $25,064.53 | Arrearages: | ($1,777.50) |
| Paid to Trustee: | $2,364.45 | Total Plan Base: | $47,400.00 |
| Funds on Hand: | $418.52 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.