| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-15806-PMM**

GEORGE D MC CONNELL
60 N 3RD STREET
BANGOR  PA    18013

Petition Filed Date: 08/31/2018
341 Hearing Date: 10/09/2018
Confirmation Date: 04/18/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $197.50 | 18664 | 04/13/2021 | $197.50 | 18679 | 04/13/2021 | $197.50 | 18693 |
| 04/22/2021 | $197.50 | 18707 | 04/27/2021 | $197.50 | 18721 | 05/11/2021 | $197.50 | 18737 |
| 05/11/2021 | $197.50 | 18753 | 05/19/2021 | $197.50 | 18767 | 06/01/2021 | $197.50 | 18780 |
| 06/04/2021 | $197.50 | 18792 | 06/15/2021 | $197.50 | 18816 | 06/15/2021 | $197.50 | 18804 |
| 06/29/2021 | $197.50 | 18827 | 06/30/2021 | $197.50 | 18838 | 07/09/2021 | $197.50 | 18849 |
| 07/13/2021 | $197.50 | 18860 | 07/21/2021 | $197.50 | 18871 | 07/27/2021 | $197.50 | 18881 |
| 08/03/2021 | $197.50 | 18891 | 08/11/2021 | $197.50 | 18902 | 08/24/2021 | $197.50 | DIAMOND 189 |
| 08/31/2021 | $197.50 | 18934 | 09/02/2021 | $197.50 | 18912 | 09/10/2021 | $197.50 | 18945 |
| 09/28/2021 | $197.50 | 18967 | 09/28/2021 | $197.50 | 18956 | 09/28/2021 | $197.50 | 18977 |
| 10/07/2021 | $197.50 | 18988 | 10/13/2021 | $197.50 | 18998 | 10/21/2021 | $197.50 | 19008 |
| 11/09/2021 | $197.50 | 19019 | 11/16/2021 | $197.50 | 19038 | 11/16/2021 | $197.50 | 19029 |
| 11/29/2021 | $197.50 | 19060 | 12/01/2021 | $197.50 | 19050 | 12/09/2021 | $197.50 | 19081 |
| 12/09/2021 | $197.50 | 19071 | 12/20/2021 | $197.50 | 19091 | 12/23/2021 | $197.50 | 19101 |
| 01/03/2022 | $197.50 | 19111 | 01/13/2022 | $197.50 | 19132 | 01/19/2022 | $197.50 | 19121 |
| 01/19/2022 | $197.50 | 19143 | 01/27/2022 | $197.50 | 19154 | 02/03/2022 | $197.50 | 19164 |
| 02/11/2022 | $197.50 | 19173 | 02/16/2022 | $197.50 | 19182 | 03/03/2022 | $197.50 | 19200 |
| 03/08/2022 | $197.50 | 19209 | 03/11/2022 | $197.50 | 19191 | 03/22/2022 | $197.50 | 19229 |
| 03/25/2022 | $197.50 | 19219 | 03/29/2022 | $197.50 | 19239 | 04/07/2022 | $197.50 | 19249 |

**Total Receipts for the Period:  $10,665.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $36,537.50**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  011 | Unsecured Creditors | $404.77 | $211.41 | $193.36 |
| 15 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  015 | Unsecured Creditors | $319.82 | $167.03 | $152.79 |
| 3 | AMERICAN INFOSOURCE LP<br>»»  003 | Unsecured Creditors | $7,459.63 | $3,895.84 | $3,563.79 |
| 4 | AMERICAN INFOSOURCE LP<br>»»  004 | Unsecured Creditors | $977.14 | $510.32 | $466.82 |
| 2 | ALLY FINANCIAL<br>»»  002 | Secured Creditors | $2,001.57 | $2,001.57 | $0.00 |
| 5 | BECKET & LEE, LLP<br>»»  005 | Unsecured Creditors | $856.70 | $447.44 | $409.26 |
| 21 | CITIBANK NA<br>»»  021 | Unsecured Creditors | $4,205.63 | $2,196.41 | $2,009.22 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | QUANTUM3 GROUP LLC as agent for »» 012 | Unsecured Creditors | $606.94 | $304.22 | $302.72 |
| 13 | QUANTUM3 GROUP LLC as agent for »» 013 | Unsecured Creditors | $637.38 | $319.46 | $317.92 |
| 14 | QUANTUM3 GROUP LLC as agent for »» 014 | Unsecured Creditors | $824.83 | $430.78 | $394.05 |
| 25 | COUNTY OF NORTHAMPTON »» 025 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | DEPARTMENT STORE NATIONAL BANK »» 022 | Unsecured Creditors | $562.63 | $281.99 | $280.64 |
| 6 | JH PORTFOLIO DEBT EQUITIES LLC »» 006 | Unsecured Creditors | $2,185.50 | $1,141.36 | $1,044.14 |
| 23 | KEYSTONE COLLECTIONS GROUP »» 023 | Priority Crediors | $671.70 | $671.70 | $0.00 |
| 24 | KEYSTONE COLLECTIONS GROUP »» 024 | Priority Crediors | $523.30 | $523.30 | $0.00 |
| 10 | M&T BANK »» 010 | Mortgage Arrears | $5,926.12 | $5,926.12 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $2,533.30 | $1,323.02 | $1,210.28 |
| 1 | PA DEPARTMENT OF REVENUE »» 01p | Priority Crediors | $2,770.57 | $2,770.57 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $266.10 | $129.16 | $136.94 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $3,890.53 | $2,031.85 | $1,858.68 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $2,000.91 | $1,044.99 | $955.92 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $1,766.84 | $922.75 | $844.09 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $657.98 | $329.78 | $328.20 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $443.54 | $222.31 | $221.23 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $568.37 | $284.84 | $283.53 |
| 7 | WELLS FARGO »» 007 | Unsecured Creditors | $3,330.63 | $1,739.44 | $1,591.19 |
| 26 | J ZAC CHRISTMAN ESQ »» 026 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,537.50 | Current Monthly Payment: | $790.00 |
| Paid to Claims: | $33,327.66 | Arrearages: | $592.50 |
| Paid to Trustee: | $3,126.80 | Total Plan Base: | $47,400.00 |
| Funds on Hand: | $83.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.