Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
Chapter 13 Case No. 18-15806-PMM

GEORGE D MC CONNELL  
60 N 3RD STREET  
BANGOR  PA    18013

Petition Filed Date: 08/31/2018  
341 Hearing Date: 10/09/2018  
Confirmation Date: 04/18/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/18/2022 | $197.50 | 19456 | 10/25/2022 | $197.50 | 19466 | 11/01/2022 | $197.50 | 19478 |
| 11/08/2022 | $197.50 | 19488 | 11/15/2022 | $197.50 | 19498 | 11/22/2022 | $197.50 | 19508 |
| 11/29/2022 | $197.50 | 19518 | 12/07/2022 | $197.50 | 19528 | 12/13/2022 | $197.50 | 19538 |
| 12/20/2022 | $197.50 | 19548 | 01/05/2023 | $197.50 | 19558 | 01/05/2023 | $197.50 | 19568 |
| 01/11/2023 | $197.50 | 19578 | 01/18/2023 | $197.50 | 19588 | 01/25/2023 | $197.50 | 19598 |
| 01/31/2023 | $197.50 | 19608 | 02/07/2023 | $197.50 | 19617 | 02/14/2023 | $197.50 | 19627 |
| 02/22/2023 | $197.50 | 19636 | 02/28/2023 | $197.50 | 19645 | 03/08/2023 | $197.50 | 19654 |
| 03/14/2023 | $197.50 | 19663 | 03/20/2023 | $1,500.00 | 1000801597 | 03/21/2023 | $197.50 | 19672 |
| 03/28/2023 | $197.50 | 19681 | 04/04/2023 | $197.50 | 19690 | 04/11/2023 | $197.50 | 19699 |
| 04/18/2023 | $197.50 | 19710 | 04/25/2023 | $197.50 | 19720 | 05/02/2023 | $197.50 | 19730 |
| 05/09/2023 | $197.50 | 19739 | 05/16/2023 | $197.50 | 19747 | 05/24/2023 | $197.50 | 19758 |
| 05/31/2023 | $197.50 | 19767 | 06/06/2023 | $197.50 | 19776 | 06/13/2023 | $197.50 | 19785 |
| 06/21/2023 | $197.50 | 19794 | 06/27/2023 | $197.50 | 19802 | 07/07/2023 | $197.50 | 19811 |
| 07/11/2023 | $197.50 | 19820 | 07/18/2023 | $197.50 | 19829 | 07/27/2023 | $197.50 | 19838 |
| 08/01/2023 | $197.50 | 19848 | | | | | | |

**Total Receipts for the Period: $9,795.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $46,530.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 011 | Unsecured Creditors | $404.77 | $301.96 | $102.81 |
| 15 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 015 | Unsecured Creditors | $319.82 | $246.90 | $72.92 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $7,459.63 | $5,758.94 | $1,700.69 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $977.14 | $754.36 | $222.78 |
| 2 | ALLY FINANCIAL<br>»» 002 | Secured Creditors | $2,001.57 | $2,001.57 | $0.00 |
| 5 | CAPITAL ONE NA<br>»» 005 | Unsecured Creditors | $856.70 | $661.40 | $195.30 |
| 21 | CITIBANK NA<br>»» 021 | Unsecured Creditors | $4,205.63 | $3,246.80 | $958.83 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»» 012 | Unsecured Creditors | $606.94 | $468.59 | $138.35 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»» 013 | Unsecured Creditors | $637.38 | $492.08 | $145.30 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | QUANTUM3 GROUP LLC as agent for »» 014 | Unsecured Creditors | $824.83 | $636.79 | $188.04 |
| 25 | COUNTY OF NORTHAMPTON »» 025 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | DEPARTMENT STORE NATIONAL BANK »» 022 | Unsecured Creditors | $562.63 | $419.70 | $142.93 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $2,185.50 | $1,687.23 | $498.27 |
| 23 | KEYSTONE COLLECTIONS GROUP »» 023 | Priority Crediors | $671.70 | $671.70 | $0.00 |
| 24 | KEYSTONE COLLECTIONS GROUP »» 024 | Priority Crediors | $523.30 | $523.30 | $0.00 |
| 10 | M&T BANK »» 010 | Mortgage Arrears | $5,926.12 | $5,926.12 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $2,533.30 | $1,955.74 | $577.56 |
| 1 | PA DEPARTMENT OF REVENUE »» 01p | Priority Crediors | $2,770.57 | $2,770.57 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $266.10 | $205.44 | $60.66 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $3,890.53 | $3,003.54 | $886.99 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $2,000.91 | $1,544.73 | $456.18 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $1,766.84 | $1,364.03 | $402.81 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $657.98 | $507.97 | $150.01 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $443.54 | $330.86 | $112.68 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $568.37 | $423.98 | $144.39 |
| 7 | WELLS FARGO »» 007 | Unsecured Creditors | $3,330.63 | $2,571.32 | $759.31 |
| 26 | J ZAC CHRISTMAN ESQ »» 026 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,530.00 | Current Monthly Payment: | $790.00 |
| Paid to Claims: | $41,975.62 | Arrearages: | $80.00 |
| Paid to Trustee: | $3,963.62 | Total Plan Base: | $47,400.00 |
| Funds on Hand: | $590.76 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.