IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **In re:** | **GEORGE D. MCCONNELL,** aka | : | **Chapter 13** |
| | George Douglas McConnell, aka | : | Case No. **18-15806-pmm** |
| | George McConnell, | : | |
| | Debtor | : | |

## ORDER GRANTING
## MOTION TO TERMINATE WAGE ATTACHMENT

AND NOW, upon consideration of Debtor's Motion to Terminate Wage Attachment, it is hereby ORDERED and that said Motion is hereby GRANTED and the Wage Attachment Order entered on **September 10, 2018**, is hereby terminated.  **Diamond Sand & Stone, Inc.,** is hereby ORDERED to immediately terminate the wage attachment.

**Date: September 18, 2023**

_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**

cc:  **Diamond Sand & Gravel, Inc.
Attn: Diane Fisch
33 Demarest Road
Sparta, NJ 17871**