United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15806-pmm |
| George D. McConnell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 18, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George D. McConnell, 60 N 3rd Street, Bangor, PA 18013-1908 |
| | + | Diamond Sand & Gravel, Inc., Attn: Diane Fisch, 33 Demarest Road, Sparta, NJ 07871-3441 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 20, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| J. ZAC CHRISTMAN | on behalf of Debtor George D. McConnell zac@jzacchristman.com  office@fisherchristman.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4                        User: admin                        Page 2 of 2
Date Rcvd: Sep 18, 2023               Form ID: pdf900              Total Noticed: 2
TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: **GEORGE D. MCCONNELL,** aka | : | **Chapter 13** |
| George Douglas McConnell, aka | : | Case No. **18-15806-pmm** |
| George McConnell, | : | |
| Debtor | : | |

**ORDER GRANTING**
**MOTION TO TERMINATE WAGE ATTACHMENT**

AND NOW, upon consideration of Debtor's Motion to Terminate Wage Attachment, it is hereby ORDERED and that said Motion is hereby GRANTED and the Wage Attachment Order entered on **September 10, 2018**, is hereby terminated. **Diamond Sand & Stone, Inc.,** is hereby ORDERED to immediately terminate the wage attachment.

**Date: September 18, 2023**

_____
**PATRICIA M. MAYER, BANKRUPTCY JUDGE**

cc:    **Diamond Sand & Gravel, Inc.**
       **Attn: Diane Fisch**
       **33 Demarest Road**
       **Sparta, NJ 17871**