B2830 (Form 2830)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** **GEORGE D. MCCONNELL,** aka | : | **Chapter 13** |
| George Douglas McConnell, aka | : | Case No. **18-15806-PMM** |
| George McConnell, | : | |
| Debtor | : | |

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
### DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*
Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐　　I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☑　　I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*
My current address: N/A
My current employer and my employer's address: N/A

*Part III. Certification Regarding Section 522(q) (check no more than one)*
Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑　　I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐　　I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*Part IV. Debtor's Signature*
　　　I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on　November 22, 2023　　　　　　　/s/ George D. McConnell
　　　　　　　Date　　　　　　　　　　　　　　　**GEORGE D. MCCONNELL**, Debtor