United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-15806-pmm
George D. McConnell                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: admin            Page 1 of 4
Date Rcvd: Nov 24, 2023        Form ID: 138OBJ        Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George D. McConnell, 60 N 3rd Street, Bangor, PA 18013-1908 |
| 14830425 | + | Bangor Borough Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14830557 | + | Bangor Borough Authority, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14830426 | + | Bangor Borough Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14190701 | + | Berkheimer Tax Administration, 50 North Seventh Street, Bangor, PA 18013-1795 |
| 14190703 | | Brenda Valletta Tax Coll, 980 Chestnut Street, Bangor, PA 18013-2342 |
| 14190704 | | Cap1/Helzberg's Diamond, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14190708 | + | City of New York, c/o RTR Financial Services Inc, 2 Teleport Drive Ste 301, Staten Island, NY 10311-1004 |
| 14190711 | + | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 14190713 | + | Dolan & Dolan PA, Box D 53 Spring Street, Newton, NJ 07860-0020 |
| 14190714 | | Encore Receivable Mgt, PO Box 3330, Olathe, KS 66063-3330 |
| 14190718 | + | James F McCabe, 210 Pennsylvania Ave, Bangor, PA 18013-1925 |
| 14247356 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14190722 | + | Keystone Collections Group, PO Box 529, Irwin, PA 15642-0529 |
| 14202697 | + | M&T Bank, KML Law Group, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14190729 | + | NJ Manufacturers Ins Co, 301 Sullivan Way, Trenton, NJ 08628-3496 |
| 14190730 | + | Northampton County, Tax Claim Bureau, 669 Washington Street, Easton, PA 18042-7482 |
| 14190731 | + | PA Dept of Revenue, Bureau of Collections, PO Box 281041, Harrisburg, PA 17128-1041 |
| 14190732 | + | RCN, 100 Baltimore Drive, Wilkes Barre, PA 18702-7955 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 25 2023 01:26:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 25 2023 01:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14190698 | | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2023 01:26:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 14198424 | | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2023 01:26:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14615541 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 25 2023 01:40:08 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14615721 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 25 2023 01:39:57 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14190700 | | Email/Text: dltlegal@hab-inc.com | Nov 25 2023 01:27:00 | Berkheimer, PO Box 21450, Lehigh Valley, PA |

Case 18-15806-pmm   Doc 62   Filed 11/26/23   Entered 11/27/23 00:11:23   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2023 | Form ID: 138OBJ | Total Noticed: 68 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14190699 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 25 2023 01:27:00 | Barclaycard Card Services, PO Box 8802, Wilmington, DE 19899-8802 |
| 14190702 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2023 01:40:03 | Brand Source, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 14190705 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2023 01:39:59 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14202335 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2023 01:40:07 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14210528 | | Email/PDF: bncnotices@becket-lee.com | Nov 25 2023 01:40:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14190707 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2023 01:39:58 | Citi Cards, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 14190706 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2023 01:39:58 | Citi Cards, PO Box 6286, Sioux Falls, SD 57117-6286 |
| 14228492 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2023 01:39:59 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14190709 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 25 2023 01:27:00 | Comenity Bank, Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14190710 | + | Email/Text: bankruptcy@credencerm.com | Nov 25 2023 01:27:00 | Credence Resource Mgt, 17000 Dallas Pkwy Ste 204, Dallas, TX 75248-1940 |
| 14190712 | | Email/Text: G06041@att.com | Nov 25 2023 01:27:00 | DirectTV, PO 6550, Greenwood Village, CO 80155-6550 |
| 14190725 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2023 01:40:03 | Macys Recovery, 9111 Duke Blvd, Mason, OH 45040 |
| 14228493 | | Email/Text: bnc-quantum@quantum3group.com | Nov 25 2023 01:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14223476 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 25 2023 01:40:07 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14190716 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2023 01:40:02 | Home Depot Credit Svcs, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14190717 | | Email/Text: BankruptcyNotices@hughes.com | Nov 25 2023 01:26:00 | Hughes Network Systems, PO Box 96874, Chicago, IL 60693-6874 |
| 14190719 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Nov 25 2023 01:27:00 | JH Portfolio Debit Equit, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14190720 | + | Email/Text: cs.bankruptcy@jmcbiz.com | Nov 25 2023 01:27:00 | Joseph Mann & Creed, Media Collections, 8948 Canyon Falls Blvd Ste 200, Twinsburg, OH 44087-1900 |
| 14190721 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 25 2023 01:27:00 | Kay Jewelers, PO Box 4485, Beaverton, OR 97076-4485 |
| 14190723 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 25 2023 01:26:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14781947 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2023 01:40:03 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14220692 | | Email/Text: camanagement@mtb.com | Nov 25 2023 01:27:00 | M&T BANK, PO Box 840, Buffalo, NY 14240 |
| 14190724 | | Email/Text: camanagement@mtb.com | Nov 25 2023 01:27:00 | M&T Bank, Consumer Lending Dept, PO Box 2187, Buffalo, NY 14240 |
| 14190726 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2023 01:27:00 | Midland Funding, Attn Daniel Santucci Esq, 1 International Plz 5th Fl, Philadelphia, PA 18002-1450 |

Case 18-15806-pmm    Doc 62    Filed 11/26/23    Entered 11/27/23 00:11:23    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2023 | Form ID: 138OBJ | Total Noticed: 68 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19113-1510 |
| 14190727 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2023 01:27:00 | Midland Funding LLC, PO Box 2001, Warren, MI 48090-2001 |
| 14218713 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2023 01:27:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14190728 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 25 2023 08:03:00 | New Jersey EZPass, c/o RMCB, 4 Westchester Plaza Ste 110, Elmsford, NY 10523-1615 |
| 14216414 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 25 2023 01:40:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14195457 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 25 2023 01:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14223481 | | Email/Text: bnc-quantum@quantum3group.com | Nov 25 2023 01:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14211366 | | Email/Text: bnc-quantum@quantum3group.com | Nov 25 2023 01:27:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14190733 | + | Email/Text: clientservices@remexinc.com | Nov 25 2023 01:26:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 14190734 | | Email/Text: bankruptcy@savit.com | Nov 25 2023 01:27:00 | Sa-Vit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 14190735 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2023 01:39:59 | Sears Credit Cards, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14190736 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2023 01:39:58 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14190821 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2023 01:40:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14190737 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2023 01:40:08 | Synchrony Bank, Attn Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 14190738 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2023 01:40:04 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14190739 | + | Email/Text: BAN5620@UCBINC.COM | Nov 25 2023 01:26:00 | United Collection Bureau, 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 14223823 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 25 2023 01:39:57 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14214967 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 25 2023 01:39:57 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14190740 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 25 2023 01:50:22 | Wells Fargo Financial NB, Client Processing - MAC N0003-038, 800 Walnut Street, Des Moines, IA 50309-3605 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14190715 | ## | Genpact Services, PO Box 1969, Southgate, MI 48195-0969 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 24, 2023 | Form ID: 138OBJ | Total Noticed: 68 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2023          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| J. ZAC CHRISTMAN | on behalf of Debtor George D. McConnell zac@jzacchristman.com office@fisherchristman.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Bangor Borough Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: George D. McConnell

    Debtor(s)

Case No: 18−15806−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/24/23

61 − 56
Form 138OBJ