United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                         Case No. 18-15806-pmm

George D. McConnell                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                    User: admin                                              Page 1 of 2

Date Rcvd: Feb 13, 2024                         Form ID: 195                                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

**Recip ID**      **Recipient Name and Address**
db      + George D. McConnell, 60 N 3rd Street, Bangor, PA 18013-1908

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2024                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:**

**Name**      **Email Address**

J. ZAC CHRISTMAN
      on behalf of Debtor George D. McConnell zac@jzacchristman.com  office@fisherchristman.com

JAMES RANDOLPH WOOD
      on behalf of Creditor Bangor Borough Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

KEVIN G. MCDONALD
      on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

MARK A. CRONIN
      on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
      on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
      ECFMail@ReadingCh13.com

District/off: 0313-4                              User: admin                                    Page 2 of 2
Date Rcvd: Feb 13, 2024                          Form ID: 195                                   Total Noticed: 1

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                          : Chapter 13


George D. McConnell                                             : Case No. 18−15806−pmm
          Debtor(s)


### *ORDER*
_____


   AND NOW, this day , February 13, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                              By The Court

                              Patricia M. Mayer
                              Judge, United States Bankruptcy Court