# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** George D. McConnell aka George Douglas McConnell aka George McConnell<br>　　　　　　　　　　　Debtor(s)<br><br>**M&T BANK**<br>　　　　　　　　　　　Movant<br>　　vs.<br><br>George D. McConnell aka George Douglas McConnell aka George McConnell<br>　　　　　　　　　　　Debtor(s)<br><br>Kenneth E. West Esq.,<br>　　　　　　　　　　　Trustee | BK NO. 18-15806 PMM<br><br>Chapter 13<br><br>Related to Claim No. 10 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
George D. McConnell aka George Douglas
McConnell aka George McConnell
60 North 3rd Street
Bangor, PA 18013

Attorney for Debtor(s)
J. ZAC CHRISTMAN
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: November 9, 2022

　　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas**
　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com